PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JUAN VENTURA-REYES AKA JUAN VENTURA, Defendant. | Case No. 1:24-CR-00278-KES-BAM **STIPULATION TO CONTINUE STATUS CONFERENCE: ORDER** Date; April 23, 2025 Time: 1:00 p.m. Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED between the parties that the status conference set for January 22, 2025, at 1:00 p.m., can be continued to April 23. 2025, at 1:00 p.m.  The parties require additional time to review discovery, conduct necessary investigation, and engage in plea negotiations.  The parties agree that time shall be excluded through April 23, 2025, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: January 8, 2024

*/s/ Kara R. Ottevanger*
Kara R. Ottervanger
Assistant Federal Defender
Attorney for Defendant


*/s/ Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney
Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN VENTURA-REYES, <br> AKA JUAN VENTURA, <br><br> Defendant. | Case No.  1:24-CR-00278-KES -BAM <br><br> ORDER |

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for January 22, 2025, at 1:00 p.m. is hereby CONTINUED to **April 23, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.** Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through April 23, 2025, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  **January 10, 2025**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE