HEATHER E. WILLIAMS, Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Kara_Ottervanger@fd.org

Counsel for Defendant
JUAN VENTURA REYES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN VENTURA-REYES<br>AKA JUAN VENTURA<br><br>　　　　　　　　Defendant. | CASE NO.  1:24-CR-0278-KES-BAM<br><br>**STIPULATION TO VACATE STATUS HEARING; SET CHANGE OF PLEA HEARING; AND ORDER**<br><br>DATE: March 10, 2025<br>TIME: 9:0 a.m.<br>COURT: Hon. Kirk E. Sherriff |

　　　　Defendant Juan Ventura, by and through counsel of record, Assistant Federal Defender Kara R. Ottervanger, and Plaintiff United States of America, by and through its counsel of record, Arelis Clemente, hereby stipulate as follows:

　　　　This case is set for status conference on April 23, 2025. Defendant now moves to convert the status conference to a change of plea hearing on March 10, 2025, at 9:30 a.m. before the Honorable Kirk E. Sherriff. No exclusion of time is necessary as the requested date is within the current excluded time period.

　　　　IT IS SO STIPULATED.

　　//

　　//

　　//

　　//

STIPULATION TO CONTINUE STATUS CONFERENCE

1

Dated: March 4, 2025

PHILLIP A. TALBERT
United States Attorney

*/s/ Arelis Clemente*
Arelis Clemente
Assistant United States Attorney

HEATHER E. WILLIAMS
Federal Defender

Dated: March 4, 2025

*/s/ Kara R. Ottervanger*
Kara R. Ottervanger
Counsel for Defendant
JUAN VENTURA-REYES

## ORDER

IT IS SO ORDERED that the status conference set for April 23, 2025, is vacated. A change of plea hearing is set for **March 10, 2025, at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E. Sherriff**. Time was previously excluded through April 23, 2025.

IT IS SO ORDERED.

Dated:  **March 5, 2025**          /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE